Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

        Plaintiff,

                              Case No. 2:15-cv-04224-MCA-MAH

v.

John Doe Subscriber Assigned IP
Address 108.35.202.146,

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.35.202.146**

Plaintiff Malibu Media, LLC and John Doe Subscriber Assigned IP Address 108.35.202.146, by his undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and John Doe Subscriber Assigned IP Address 108.35.202.146, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and John Doe Subscriber Assigned IP Address 108.35.202.146, claims against each other, with each party to bear its own attorneys' fees and costs.

1

Consistent herewith Plaintiff and John Doe Subscriber Assigned IP Address 108.35.202.146, consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick J. Cerillo____ | /s/ Joseph A. Bahgat_____ |
| Patrick J. Cerillo, Esq. | Joseph A. Bahgat, Esq. |
| Patrick J. Cerillo, LLC | The Privacy Firm |
| 4 Walter E. Foran Blvd., Suite 402 | 1701 Walnut Street, FL. 7 |
| Flemington, NJ  08822 | Philadelphia, PA 19103-5220 |
| Tel: (908) 284-0997 | (877) 721-9027 |
| Email: pjcerillolaw@comcast.net | joe@privacyfirm.law |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Patrick J. Cerillo*_____
Patrick J. Cerillo, Esq.